## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM 403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 31, 2011**

Mr. John Bush
U.S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203

Mr. Leslie Dokes
1020 Healy St.
No. Little Rock, AR  72117

**Re:**   *United States v. Dokes* – 4:00CR00070-02-BRW

Gentlemen:

On July 25, 2011, the Government  filed a Motion to Show Cause and Petition for Revocation on Mr. Dokes.

It has now come to my attention that even though the Petition was filed on July 25, no warrant or summons issued based on the allegations in the Petition.  Mr. Dokes' Supervised Release expired sometime between August 10 and August 15, 2011.

The Court's power in connection with delayed revocation is governed by 18 U.S.C. § 3583(I), which reads:

> The power of the court to revoke a term of supervised release for violation of a condition of supervised release, and to order the defendant to serve a term of imprisonment and, subject to the limitations in subsection (h), a further term of supervised release, extends beyond the expiration of the term of supervised release for any period reasonably necessary for the adjudication of matters arising before its expiration if, before its expiration, a warrant or summons has been issued on the basis of an allegation of such a violation.

Do I still have jurisdiction over this case? Please advise by 10:00 a.m. on Thursday, September 1, 2011.

Cordially,

/s/Bill Wilson

cc: James McCormack, Clerk of Court